BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAY 13 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH INFORMATION ASSOCIATED WITH ABHIJIT.PRASAD@MAREMARKS.COM THAT IS STORED AT PREMISES CONTROLLED BY GO DADDY

CASE NO. 2:15-SW-0224 AC

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

**UNDER SEAL**

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant application and affidavit underlying the search warrant in the above-entitled proceeding, and this Order, shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 5/13/15

_____
Hon. Allison Claire
U.S. MAGISTRATE JUDGE

SEALING ORDER

1